UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAVIER VAZQUEZ, ET AL | CIVIL ACTION |
| VERSUS | |
| CONTRACTOR LABOR SERVICES, LLC., ET AL | NO.: 16-00408-BAJ-PJH |

### ORDER

On October 16, 2017, the Court granted the Joint Motion to Approve FLSA Settlement (Doc. 49).  The Court ordered Defendants to "deliver to Plaintiffs' Counsel's offices a check for $20,000.00" within 180 days of the Court's order. *Id.* at p. 2.  The Court also ordered the parties to file a Joint Motion for Dismissal within three business days of Plaintiffs and their attorneys receiving this check. *Id.*  The time to deliver this check expired on April 14, 2018, and no Joint Motion for Dismissal has been filed.

Accordingly,

**IT IS ORDERED** that the parties file a Joint Motion for Dismissal within 7 days of this Order.  Otherwise, if the parties have not completed the Settlement, they must file a Joint Status Report indicating the status of the Settlement within 7 days of this Order.

Baton Rouge, Louisiana, this 24th day of July, 2018.

*(signature)*
**BRIAN A. JACKSON**
**UNITED STATES DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**